# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

Stephen J. Markman,
Chief Justice

156173

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                           SC: 156173
                                           COA: 336936

EDWARD FRANK LINT, JR.,                              Macomb CC: 2003-003761-FC
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 26, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



s0521

                                     Clerk